UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00096-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RUBEN MORALES-BARRIOS, a/k/a Rubel Morales-Barrios, a/k/a Mario Lopez-Sanchez,

    Defendant.
_____

**ORDER**
_____

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Thursday, April 3, 2008,** and responses to these motions shall be filed by **Thursday, April 17 , 2008.** It is

    FURTHER ORDERED that counsel shall contact my chambers if a hearing on pending motions, or final trial preparation conference is necessary. It is

    FURTHER ORDERED that a 2-day jury trial is set for **Monday, May 5, 2008, at 9:00 a.m. in courtroom A-1002.**

Dated this 6th day of , March, 2008.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge